# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA CHEMICAL
ASSOCIATION

VERSUS

LOUISIANA PILOTAGE FEE
COMMISSION

NO.  2021 CW 0840

**DECEMBER 9, 2021**

---

In Re:  Louisiana  Pilotage  Fee  Commission,  applying  for
        supervisory  writs,  applying  for  rehearing,  19th
        Judicial  District  Court,  Parish  of  East  Baton  Rouge,
        No. 702569.

---

**BEFORE:  LANIER, WOLFE, AND BURRIS,[1] JJ.**

**APPLICATION FOR REHEARING DENIED.**

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.